IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SURESHBHAI CHAUDHARI, | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | CIVIL NO. 26-2852 |
| | : | |
| JAMAL L. JAMISON et al., | : | |
| *Respondents.* | : | |
| | : | |

## ORDER

**AND NOW,** this **1st** day of **June 2026**, upon consideration of Petitioner's Notice of

Supplemental Authority (ECF No. 12) and Respondents' Response to the Notice of

Supplemental Authority (ECF No. 14), Respondents are hereby **ORDERED** to submit an update

to the Court regarding U.S. Immigration and Customs Enforcement's review of Petitioner's case

in light of the *ICWC v. Noem* decision by **June 8, 2026**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge