**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SURESHBHAI CHAUDHARI,** | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | **CIVIL NO. 26-2852** |
| | : | |
| **JAMAL L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

**ORDER**

**AND NOW,** this **2nd** day of **June 2026**, upon consideration of Respondent's Status Update (ECF No. 16), it is hereby **ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED as moot.** It is **FURTHER ORDERED** that the Clerk of Court shall close this case.

**BY THE COURT:**

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**
